EVERS, Appellant, v. STATE, Respondent. (Supreme Court, Appellate Division, Third

Department. June 25, 1907.) Action by Sarah Evers against the state of New York. No opinion. Judgment unanimously affirmed, without costs.